UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JONATHAN TIMMS,

                            Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE
COMMISSIONER RAYMOND KELLY, POLICE
OFFICER ERIN BARNES, DETECTIVE THOMAS
DRISCOLL, JOHN DOE #1-5,

                            Defendants.
------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

08 CV 3762 (DAB)

PLEASE TAKE NOTICE that the defendants[1] City of New York and Raymond Kelly appear herein and that we are the attorneys for said defendants in this action, and demand that a copy of the complaint and all notices and other papers be served upon said defendants at this office.

Dated: New York, New York
         May 5, 2008

                                                        MICHAEL A. CARDOZO
                                                        Corporation Counsel of the
                                                          City of New York
                                                       *Attorney for the Defendants City of*
                                                       *New York and Raymond Kelly*
                                                       100 Church Street, 3-199
                                                       New York, New York 10007
                                                       (212) 788-1106

                                     By:   _____
                                                       CAROLINE CHEN
                                                       Assistant Corporation Counsel

cc:    Andrew Brian Stoll, Esq. (by ECF)
        Stoll, Glickman & Bellina, LLP
        *Attorney for Plaintiff*
        71 Nevins Street
        Brooklyn, NY 11217

---

[1] Upon information and belief, no other defendants have been served with process in this action.

Index No. 08 CV 3762 (DAB)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN TIMMS,

                Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE COMMISSIONER RAYMOND KELLY, POLICE OFFICE ERIN BARNES, DETECTIVE THOMAS DRISCOLL, JOHN DOE $1-5,

                Defendants.

**NOTICE OF APPEARANCE**

***MICHAEL A. CARDOZO***
*Corporation Counsel of the City of New York*
*Attorney for Defendants City of New York and Raymond Kelly*
*100 Church Street*
*New York, New York 10007*

*Of Counsel: Caroline Chen*
*Tel: (212) 788-1106*
*NYCLIS No. 2007-*

*Due and timely service is hereby admitted.*

*New York, N.Y. ........................................, 2008......*

*............................................................................Esq.*

*Attorney for ........................................................................*

2