```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08
```

United States District Court
Southern District of New York
------------------------------------X
JONATHAN TIMMS,
              Plaintiff,

     -against-                     08 Civ. 3762 (DAB)
                                              ORDER
THE CITY OF NEW YORK, POLICE
COMMISSIONER RAYMOND KELLY, POLICE
OFFICER ERIN BARNES, DETECTIVE THOMAS
DRISCOLL, JOHN DOE ## 1-5,

              Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The Court's practice is to have the issues joined as to all parties prior to scheduling a conference pursuant to Rule 16 of the Federal Rules of Civil Procedure. Within ten days of the date of this Order, Plaintiff shall in writing inform the Court of what efforts he is making to identify Defendants John Doe ##1-5.

SO ORDERED.

Dated:   New York, New York
          June 23, 2008

                                                _____
                                                Deborah A. Batts
                                        United States District Judge