United States District Court
Southern District of New York
------------------------------------X
JONATHAN TIMMS,

               Plaintiff,

    -against-                                 08 Civ. 3762 (DAB)
                                                    ORDER
THE CITY OF NEW YORK, POLICE
COMMISSIONER RAYMOND KELLY, POLICE
OFFICER ERIN BARNES, DETECTIVE THOMAS
DRISCOLL, JOHN DOE ## 1-5,

               Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The Court is in receipt of correspondence from the Plaintiff dated June 25, 2008, and from the Defendants dated June 30, 2008. In order to expedite the identification of the remaining Defendants, Plaintiff is directed to serve on Defendant City of New York, within thirty (30) days of the date of this Order, interrogatories limited to obtaining information about the John Doe Defendants. Within sixty (60) days of the date of this Order, Defendants shall comply. Within ninety (90) days of the date of this Order Plaintiff shall serve Complaint upon the identified John Doe Defendants.

SO ORDERED.

Dated:    New York, New York
           July 3, 2008

                                                   Deborah A. Batts
                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: July 3, 2008